# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50136  **Case Name:** Derek Austin Murphy and Tiffany Renee Murphy

**Set:** 05/01/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) No objections filed. Confirmation hearing removed. (srw)