United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                        Case No. 25-50136-KMS
Derek Austin Murphy                                  Chapter 13
Tiffany Renee Murphy
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                             User: mssbad                                          Page 1 of 3
Date Rcvd: Apr 28, 2025                      Form ID: n031                                     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Derek Austin Murphy, Tiffany Renee Murphy, 13485 Warren Dr, Gulfport, MS 39503-4529 |
| 5469522 | | Genesis Bank, 202 Main St, Benoit, MS 38725 |
| 5469527 | + | SMCS, Attn: Banruptcy, 5001 Park St, Moss Point, MS 39563-2733 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Apr 28 2025 19:49:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5473055 | + | Email/Text: bkfilings@zwickerpc.com | Apr 28 2025 19:49:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5483337 | | Email/PDF: bncnotices@becket-lee.com | Apr 28 2025 19:55:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5480253 | + | Email/Text: bkfilings@zwickerpc.com | Apr 28 2025 19:49:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5469516 | + | Email/PDF: bncnotices@becket-lee.com | Apr 28 2025 19:55:15 | Amex, Po Box 981540, El Paso, TX 79998-1540 |
| 5469517 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 28 2025 19:48:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5480522 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 28 2025 19:48:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5469518 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2025 19:54:58 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5469519 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2025 20:05:41 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5469520 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 28 2025 19:55:16 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5471886 | | Email/Text: mrdiscen@discover.com | Apr 28 2025 19:48:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5469521 | + | Email/Text: mrdiscen@discover.com | Apr 28 2025 19:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5477889 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 28 2025 19:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5469523 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2025 19:54:45 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2025 | Form ID: n031 | Total Noticed: 23 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Monroe, LA 71203-4774 |
| 5474546 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2025 19:54:46 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5469524 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2025 19:55:04 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5469525 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 28 2025 19:48:00 | Nissan Motor Acceptanc, PO Box 78132, Phoenix, AZ 85062-8132 |
| 5489271 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 28 2025 19:48:00 | Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5469526 | + | Email/Text: bankruptcy@pmscollects.com | Apr 28 2025 19:49:00 | Progressive Management, 1521 W Cameron Ave, West Covina, CA 91790-2738 |
| 5495077 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2025 19:54:47 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5483339 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2025       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Derek Austin Murphy trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Tiffany Renee Murphy trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

District/off: 0538-6 User: mssbad Page 3 of 3
Date Rcvd: Apr 28, 2025 Form ID: n031 Total Noticed: 23
TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50136−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Derek Austin Murphy<br>13485 Warren Dr<br>Gulfport, MS 39503 | Tiffany Renee Murphy<br>fka Tiffany Renee Wright<br>13485 Warren Dr<br>Gulfport, MS 39503 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on April 28, 2025 (Dkt. # 24 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

<u>Jackson Office</u>:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

<u>Gulfport Office</u>:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 28, 2025                             Danny L. Miller, Clerk of Court