## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Derek Austin Murphy                                           Case No. 25-50136-KMS
         Tiffany Renee Murphy, Debtors                        CHAPTER 13

## ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtors' Motion to Modify Plan (DK #___), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Modify Bankruptcy Plan is granted.  This Order binds those creditors and parties in interest that have been properly served. The confirmed plan shall be modified to lower the monthly payment to pay $1842.00 pro rata to general unsecured creditors. Trustee is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency if it exists.  Debtors must make payments as specified by modification.

##END OF ORDER##

 PREPARED BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767, Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR