

**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 4, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Derek Austin Murphy                                    Case No. 25-50136-KMS
         Tiffany Renee Murphy, Debtors                                    CHAPTER 13

### ORDER ON MOTION TO CONVERT A CASE UNDER CHAPTER 13
### TO A CASE UNDER CHAPTER 7

On the Motion to Convert a Case Under Chapter 13 to a Case Under Chapter 7 (Dk # 31) filed by the Debtors, the Court having considered same, finds that that the relief requested is appropriate under the facts and the law.

**IT IS THEREFORE ORDERED** that this case shall be converted from a case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

### ## END OF ORDER ##

Approved and Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533