

**SO ORDERED,**

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: August 5, 2025

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:                                                    CHAPTER 13
DEREK AUSTIN & TIFFANY RENEE MURPHY          CASE NO. 25-50136-KMS

### ORDER RELEASING EARNINGS OF DEBTOR
### DEREK AUSTIN MURPHY (SSN # XXX-XX-2045)

THE ORDER **(Dkt. 11)** heretofore entered in these proceedings by which the debtor's employer:

**INSIDE OUTSIDE KITCHEN & BATH**
**4910 W RAILROAD ST**
**GULFPORT, MS 39501**

was directed to pay Debtor's wages or a portion thereof to:

**WARREN A. CUNTZ, JR. TRUSTEE**
**P.O. BOX 3749**
**GULFPORT MS 39505-3749**
**(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**