United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-50136-KMS
Derek Austin Murphy  Chapter 7
Tiffany Renee Murphy
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Aug 04, 2025      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Derek Austin Murphy, Tiffany Renee Murphy, 13485 Warren Dr, Gulfport, MS 39503-4529 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Derek Austin Murphy trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Tiffany Renee Murphy trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com   waccourt1@gmail.com |

District/off: 0538-6 User: mssbad Page 2 of 2
Date Rcvd: Aug 04, 2025 Form ID: pdf012 Total Noticed: 1
TOTAL: 4



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 4, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Derek Austin Murphy                              Case No. 25-50136-KMS
         Tiffany Renee Murphy, Debtors                              CHAPTER 13

### ORDER ON MOTION TO CONVERT A CASE UNDER CHAPTER 13
### TO A CASE UNDER CHAPTER 7

On the Motion to Convert a Case Under Chapter 13 to a Case Under Chapter 7 (Dk # 31) filed by the Debtors, the Court having considered same, finds that that the relief requested is appropriate under the facts and the law.

**IT IS THEREFORE ORDERED** that this case shall be converted from a case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

### ## END OF ORDER ##

Approved and Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533