**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:     Derek Austin Murphy                          Case No. 25-50136-KMS
              Tiffany Renee Murphy  , Debtors                          CHAPTER 7**

<u>**CERTIFICATE OF COMPLIANCE OF PROVISION OF
PAYMENT ADVICES TO CASE TRUSTEE**</u>

COMES NOW, Thomas C. Rollins, Jr., Counsel of Record for the above named Debtor

and files this her certificate of compliance with the Court that payment advices required by 11

U.S.C. §521(a)(1)(B)(iv) have been provided to the duly appointed and acting Case Trustee

George Adam Sanford, 1 Stonegate Drive, Ste B,  Brandon, MS 39042,  pursuant to standing

order of the United States Bankruptcy Court for the Southern District of Mississippi.

WITNESS my signature on August 15, 2025.

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533


<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with
the Court, a true and correct copy of the above and foregoing Certification on August 15, 2025.
All interested parties will receive electronic notification from the Court.

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr.