

# INVOICE

Invoice # 8188
Date: 08/08/2025
Due On: 09/07/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Derek Austin Murphy and Tiffany Renee Murphy

## 05487-Murphy Derek Austin Murphy and Tiffany Renee

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 03/31/2025 | Reviewed e-mail memo from TR regarding Notice with Application, Exhibit A and proposed Order; reviewed e-mail memo from SA with attached Exhibit C - Affidavit; converted all documents to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com. | 0.20 | $0.00 | $0.00 |
| Service | JC | 04/01/2025 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Final Application for Compensation, Exhibit A, Exhibit C, and Proposed Order for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 04/18/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $275.00 | $55.00 |
| Service | JAC | 04/25/2025 | Review: 25-50136-KMS Minute Entry (CHAP) Document# 20 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 04/25/2025 | Review: 25-50136-KMS Order on Application for Compensation Document# 21 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 04/28/2025 | Review: 25-50136-KMS Order Confirming Chapter 13 Plan Document# 24 | 0.10 | $275.00 | $27.50 |
| Service | JC | 04/30/2025 | Reviewed chat memo from VM | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | informing debtors have a new baby; reviewed plan; drafted reply informing her to let them know we can review for possibly lowering payments. Then create a task for the LA to send an expense form for them to update and send back along with 2 months pay for everyone in the household. | | | |
| Service | VM | 04/30/2025 | Call Debtor: Phone conference with debtor to inform him of payment amount for bankruptcy. As well as informed him of NDC website. He also informed me they recently had their baby was concerned if this would change anything in the bankruptcy, spoke to paralegal and she informed me we could potentially lower payments. Drafted email with needed documents and called debtor to inform him of this. | 0.30 | $100.00 | $30.00 |
| Service | CO | 05/08/2025 | Contact Debtor (Text/Email): Reviewed text from debtors stating they could not find the email VM sent them; Forwarded email to both addresses on file; drafted text to debtors asking they verify if they received it. | 0.10 | $100.00 | $10.00 |
| Service | VM | 05/12/2025 | Review email from debtor: Reviewed email from debtor - organized and updated all documents including updated paystubs and expense sheet for paralegal review. Drafted email to paralegal. | 0.20 | $100.00 | $20.00 |
| Service | JC | 05/13/2025 | Reviewed updated pay and expenses submitted by debtors; reviewed Sch I for sources of income; drafted task memo to JAC to analyze case to lower payments. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/14/2025 | Analyze to Lower Payments. Calculate current income for both ∆s, update I and J with current expenses | 0.30 | $275.00 | $82.50 |
| Service | JC | 05/15/2025 | Contact Debtor (Text/Email): Drafted text message to both debtors informing we could not reduce their payments. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/15/2025 | Contact Debtor (Text/Email): Reviewed text message from husband informing he understands about plan payment not changing and informing they finally came to put up | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | the mobile home that was in wife's name. | | | |
| Service | VM | 06/05/2025 | Review email from debtor: Reviewed email from debtor regarding different questions they had about the process after surrendering a house. As well as how their bankruptcy would change if the wife decided to quit her job to stay at home with the their young child. Drafted email to paralegal for review, as well as drafted email to debtor to notify them I would be in contact once I have the proper responses. | 0.20 | $100.00 | $20.00 |
| Service | JC | 06/06/2025 | Reviewed e-mail from VM informing debtors are inquiring if they will owe any excess amount once their surrendered how is sold, and if so, is it paid through the BK; drafted e-mail to TR regarding same. | 0.10 | $155.00 | $15.50 |
| Service | VM | 06/06/2025 | Reviewed email from paralegal with information notify me debtor has to send 2 months of income and an updated expense sheet to determine how his plan would change if wife decides to stay at home. As well as notifying me she is in communication with the attorney about debtors question in regards to his surrendered house. Phone conference with debtor to discuss this. | 0.10 | $100.00 | $10.00 |
| Service | VM | 06/10/2025 | Review email from debtor: Reviewed email from wife, with paystubs attached, reviewed and determined what paystubs were still missing. Drafted email to both debtor to notify them of missing paystubs and expense sheet. | 0.20 | $100.00 | $20.00 |
| Service | JC | 06/11/2025 | Call Debtor: Reviewed memo from TR regarding funds remaining after sale of home; reviewed confirmed plan; called husband and explained that if there is an amount due after the sale of the home, it will be added to his BK as an unsecured debt; explained that he is currently paying 100% to unsecured debts; he asked for explanation of unsecured and secured debts; he asked when we could expect the payment to go up; explained that it depends on when the house is sold and when the creditor informs of the amount remaining. | 0.20 | $155.00 | $31.00 |

Invoice # 8188 - 08/08/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | VM | 06/11/2025 | Reviewed email from debtor with updated paystubs and expense sheet, downloaded and organized. Created task for paralegal to review documents to lower trustee payments | 0.10 | $100.00 | $10.00 |
| Service | JC | 06/12/2025 | Reviewed updated pay and expenses submitted by debtors; reviewed case notes; drafted task memo to JAC requesting she analyze the case again for lowering payments as wife is no longer working. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/16/2025 | Analyze to Lower Payments | 0.20 | $275.00 | $55.00 |
| Service | JC | 06/17/2025 | Prepared Supp I, J for debtors' signatures; drafted e-mail via Clio e-sign to obtain debtors' signatures on same; drafted text message to debtors to inform an e-mail was sent. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/17/2025 | Contact Debtor (Text/Email): Reviewed text message from husband informing both links are for wife to sign; reviewed contact information and added wife's e-mail as a contact; sent e-sign again; drafted text message to debtors informing same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/17/2025 | Reviewed text message from husband informing there should be donations on the expense form; reviewed Schedule J and confirmed Plan; drafted e-mail to JAC attaching same for her review; drafted reply to husband regarding same. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/17/2025 | review & respond to email from jc | 0.10 | $275.00 | $27.50 |
| Service | JC | 06/17/2025 | Contact Debtor (Text/Email): Reviewed memo from JAC requesting proof of charitable contributions and informing it will likely not affect the plan payment; drafted text message to husband informing same and inquiring if I should move forward with filing Supp I, J. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/18/2025 | Reviewed text message from debtor informing to go ahead and file the adjusted income without adding charitable contributions; drafted Notice and Motion to Modify; drafted e-mail to JAC attaching same for her review. | 0.30 | $155.00 | $46.50 |

Invoice # 8188 - 08/08/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BM | 06/18/2025 | Review email from debtor: Received lengthy email from Tiffany stating that she will not be able to return to work due to daughter's medical condition and they need to inquire about other bankruptcy options. Responded to her explaining we will analyze the case again and we'll be in touch. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 06/19/2025 | review & revise drafted motion prepared by JC | 0.10 | $275.00 | $27.50 |
| Service | JC | 06/19/2025 | Reviewed Supp I and J executed by debtors received via e-mail from Clio e-sign; revised through Best Case to add date signed and e-signatures; prepared for filing with the Court. | 0.10 | $0.00 | $0.00 |
| Service | JC | 06/19/2025 | Reviewed memo from JAC regarding Motion to Modify; revised same; converted to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com | 0.30 | $0.00 | $0.00 |
| Service | JC | 06/19/2025 | Contact Debtor (Text/Email): Reviewed e-mail from wife inquiring about converting to chapter 7; reviewed NDC; drafted reply: We have just filed a Motion to Modify your plan and Supplemental Schedules updating your income and expenses. Do you want to wait until next month and find out how low the payment is going to be reduced? If we convert your case to a chapter 7, you will be behind on any secured debts in your case. The creditor may or may not work with you on a payment plan. Please let me know your preference. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/19/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtors informing they want to review for conversion now; drafted reply informing I will look into it Monday, that the attorneys are out of the office. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/19/2025 | Reviewed another e-mail from debtors informing they want to convert to chapter 7; drafted reply regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/23/2025 | Reviewed Declaration of Mailing Notice and Motion to Modify and prepared for filing with the Court along with proposed Order. | 0.10 | $155.00 | $15.50 |

Invoice # 8188 - 08/08/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BB | 06/23/2025 | Incoming Call: Incoming call from Cuntz office stating to review the motion to modify and provided some details. Trustee office stated they will also email the information to JC. | 0.10 | $100.00 | $10.00 |
| Service | JC | 06/24/2025 | Reviewed e-mail from Laura with TT's office inquiring if debtor is still working for Sutherland Global; reviewed pay advices and informed she resigned to stay at home with their new baby. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/24/2025 | Reviewed e-mail from Laura regarding the context of the Motion to Modify; drafted e-mail to JAC regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/25/2025 | Reviewed memo from JAC inquiring what they have us currently paying to unsecureds; drafted e-mail to Laura inquiring same. | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/25/2025 | Review email from Attorney: Reviewed email memos from TR re: Plan payments and lowering; telephone conference with JC; drafted email memo to TR re: Motion to Modify | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/25/2025 | Reviewed e-mail from husband informing he was released from his job; reviewed case file and Pacer to determine if debtors are eligible to reviewed for conversion to chapter 7; drafted e-mail to debtors attaching conversion packet for them to fill out and return along with updated pay, tax, and bank. | 0.40 | $155.00 | $62.00 |
| Service | JC | 06/25/2025 | Reviewed e-mail from Laura informing unsecured is 100%; drafted e-mail to JAC informing same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/25/2025 | Reviewed e-mail from Laura acknowledging receipt of e-mail informing of wife's employment status. | 0.10 | $0.00 | $0.00 |
| Service | JC | 06/25/2025 | Reviewed e-mail from Laura informing she needs me to amend the Motion to Modify to reflect payments of $516 per month; revised Motion; drafted memo to JAC attaching same for her approval. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/26/2025 | review & revise drafted motion | 0.10 | $275.00 | $27.50 |
| Service | JC | 06/26/2025 | Reviewed memo from JAC regarding | 0.20 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Amended Motion to Modify; revised same; prepared for upload to cos.com. | | | |
| Service | JC | 06/27/2025 | Reviewed Declaration of Mailing Notice and Amended Motion to Modify and prepared for filing with the Court along with proposed Order. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/08/2025 | Reviewed updated pay x 3 months, bank statements 4 accounts x 3 months, tax, and conversion GIP submitted by debtors all as separate documents; merged to one document; reviewed Schedule I for income sources; drafted task memo to JAC requesting she analyze for ch 7 and informing wife's last day worked was April 24th and husband's last day was May 22. | 0.40 | $155.00 | $62.00 |
| Service | JC | 07/08/2025 | Reviewed additional bank from husband; added to conversion documents for attorney to review for possible conversion. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/16/2025 | Contact Debtor (Text/Email): Drafted e-mail to both debtors requesting husband's last day of work, inquiring if he has applied for unemployment benefits, and inquiring what financial resources they are relying on at this time. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/17/2025 | Contact Debtor (Text/Email): Reviewed e-mail from wife informing husband has applied for unemployment but is doing odd jobs and was denied benefits for that reason; drafted reply requesting they send me a list of the jobs he has done along with the date and amount of pay. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/21/2025 | Contact Debtor (Text/Email): Reviewed e-mail from husband providing dates and amount earned for odd jobs; drafted reply regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 07/24/2025 | Analyze to Convert | 0.10 | $275.00 | $27.50 |
| Service | JC | 07/28/2025 | Contact Debtor (Text/Email): Drafted text message to both debtors informing they can convert to chapter 7 and explaining same. | 0.10 | $155.00 | $15.50 |

Invoice # 8188 - 08/08/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 07/28/2025 | Contact Debtor (Text/Email): Reviewed text message from debtors inquiring how long before the chapter 7 would be discharged, and what happens to the money already paid to the trustee; drafted reply informing the discharge takes 4-6 months, and the money the trustee has on hand will be disbursed to the creditors. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/29/2025 | Contact Debtor (Text/Email): Reviewed 3 text messages from debtors with questions regarding converting to chapter 7 including attorneys fees, payments on vehicle; and max amount of income to stay in ch 7; reviewed claims summary and disbursements on NDC; chat correspondence with JAC regarding the max amount debtors income can be to stay in ch 7; drafted reply answering questions. | 0.30 | $155.00 | $46.50 |
| Service | JC | 07/30/2025 | Reviewed text message from debtors informing they want to proceed with conversion; assigned conversion tasks. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/31/2025 | Drafted Motion to Convert and proposed Order; prepared for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | JC | 07/31/2025 | Contact Debtor (Text/Email): Reviewed e-mail from NBS providing the delinquent amount on debtor's vehicle; drafted text message to debtors providing amount. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/31/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor inquiring if that amount is the amount required to bring them current; drafted reply confirming same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/31/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor inquiring if that amount includes August; drafted reply informing I do not believe it does. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/01/2025 | Draft Conversion Schedules | 0.30 | $275.00 | $82.50 |
| Service | JC | 08/04/2025 | Contact Debtor (Text/Email): Prepared conversion documents for debtors' signatures; drafted e-mails to both debtors via Clio e-sign to obtain their signatures on same; drafted text | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | messages to both debtors to inform e-mail was sent. | | | |
| Service | JAC | 08/05/2025 | Review: 25-50136-KMS Order on Motion to Convert Case to Chapter 7 Document# 33 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/05/2025 | Review: 25-50136-KMS First Meeting (Chapter 7) Document# 34 | 0.10 | $275.00 | $27.50 |
| Service | JC | 08/05/2025 | Reviewed Conversion documents signed by debtors; revised to add date signed to Amended Schedules, Form 122A-1, Statement of Intention, and Attorney Fee Disclosure in Best Case; prepared all for filing with the Court. | 0.30 | $155.00 | $46.50 |
| Service | CO | 08/05/2025 | Contact Debtor (Text/Email): Drafted text to debtor with their meeting of creditors date and time. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 08/06/2025 | Review: 25-50136-KMS Release of Wages Document# 39 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/06/2025 | Review: 25-50136-KMS Release of Wages Document# 40 | 0.10 | $275.00 | $27.50 |
| Service | JC | 08/06/2025 | Reviewed Orders Granting 1st Application for Compensation and 1st invoice; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed activities in case; began drafting Final Application for Compensation, Notice, Affidavit, and proposed Order. | 0.50 | $155.00 | $77.50 |
| Service | JC | 08/06/2025 | Drafted e-mail to trustee's office to find out if any more attorney's fees are going to be paid. | 0.10 | $155.00 | $15.50 |
| Service | CO | 08/06/2025 | Contact Debtor (Text/Email): Reviewed communications with debtor and found my text requesting we schedule a practice call did not go through. Drafted another text to debtor. | 0.10 | $100.00 | $10.00 |
| Service | CO | 08/07/2025 | Reviewed statement of intent for reaffirmations; Created task to draft letter to Nissan Motor Acceptance, Pulled notice of filing, Drafted reaffirmation request letter and and organized both in the correspondence folder. Drafted email memo to VM to print and mail the letter. | 0.40 | $100.00 | $40.00 |

Invoice # 8188 - 08/08/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CO | 08/07/2025 | Administrative - non-billable work: Reviewed schedules and statements for sources of income and financial accounts. Reviewed and organized all bank statements, taxes, ID, and pay into Trustee documents file. Created list of missing documents needed for the Trustee. Drafted email to debtor with list of needed documents. | 0.30 | $100.00 | $30.00 |
| Service | CO | 08/07/2025 | Reviewed text from debtor asking to schedule a practice zoom call on September 8th or 9th. Drafted text to debtor with times i am available those days. | 0.10 | $100.00 | $10.00 |
| Service | JC | 08/08/2025 | Reviewed e-mail from trustee's office informing no more attorney fees will be disbursed; reviewed NDC to obtain total amount of attorney fees disbursed in case. | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$1,799.50** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 03/31/2025 | Mailing Expense - Fee Application Estimate vs actual | 1.00 | $152.35 | $152.35 |
| Expense | 06/20/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $22.88 | $22.88 |
| Expense | 06/26/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $21.12 | $21.12 |
| Expense | 08/06/2025 | Mailing Expense - Fee Application: Mailing Expense - Final Fee Application Estimate | 1.00 | $3.92 | $3.92 |
| | | | **Expenses Subtotal** | | **$200.27** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 2.1 | $275.00 | $577.50 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | Non-Attorney | 6.2 | $155.00 | $961.00 |
| Jacki Curry | Non-Attorney | 1.1 | $0.00 | $0.00 |
| Vanessa Martinez | Non-Attorney | 1.1 | $100.00 | $110.00 |
| Breanne McDaniel | Non-Attorney | 0.1 | $155.00 | $15.50 |
| Clara Ortega | Non-Attorney | 1.1 | $100.00 | $110.00 |

Invoice # 8188 - 08/08/2025

| | | | | |
|---|---|---|---|---|
| Kerri Rodabough | Non-Attorney | 0.1 | $155.00 | $15.50 |
| | | | **Subtotal** | **$1,999.77** |
| | | | **Total** | **$1,999.77** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8170 | 09/04/2025 | $1,500.00 | $0.00 | $1,500.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8188 | 09/07/2025 | $1,999.77 | $0.00 | $1,999.77 |
| | | | **Outstanding Balance** | **$3,499.77** |
| | | | **Total Amount Outstanding** | **$3,499.77** |

8/8/25, 12:17 PM　　　　　　　　　　　　　　　　　　　　　　　　Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?　`15`　pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents?　`1`　parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.　`2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side.　`1`

**Disclaimer & User Agreement:**

By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate.  Changes in addresses, changes in documents, international mail costs and other

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

　　　　　　　　　　　　　　　　　7.5
| | |
|---|---|
| Date and Time: | Fri Aug 08 2025 12:17:27 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 15 |
| Sheets Per Envelope | 7.5 |
| First Class Postage Rate | $ 1.07 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $　　　　　　　　　　　　　　　2.85 |
| Postage Cost: | $　　　　　　　　　　　　　　　1.07 |
| Total Cost: | $　　　　　　　　　　　　　　　3.92 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED