**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**  **Derek Austin Murphy**  **Case No. 25-50136-KMS**
     **Tiffany Renee Murphy, Debtors**  **CHAPTER 13**

## FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $3,595.00 | $52.31 | $3,647.31 | 21 | 04/25/2025 |
| $1,799.50 | $200.27 | $1,999.77 | n/a | n/a |
| $5,394.50 | $252.58 | $5,647.08 | | |



# INVOICE

Invoice # 7769
Date: 03/31/2025
Due On: 04/30/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Derek Austin Murphy and Tiffany Renee Murphy

## 05487-Murphy Derek Austin Murphy and Tiffany Renee

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | BB | 07/17/2024 | Review and organize documents provided by debtor: In office conference with debtor providing hiring payment and providing documents needed for filing. Answered any questions the debtor had. Reviewed, merged, and organized ID's, pay, packet, tax, and bank documents into client documents file. | 0.60 | $100.00 | $60.00 |
| Service | BM | 07/18/2024 | Reviewed drivers license and social security card to collect information to pull credit report. | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/18/2024 | Draft email to client to review credit report and provide us with a any debts not included in the report: Reviewed credit report and selected debts to import/exclude; drafted e-mail to debtors attaching credit report for review. | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/18/2024 | Reviewed documents provided by debtor: Information packet, pay stubs, tax returns, bank statements. Provided list of documents we still need to legal assistant. | 0.30 | $100.00 | $30.00 |
| Service | KAR | 07/22/2024 | Incoming Call: Debtor called requesting to speak with GM; drafted memo to GM to call back | 0.10 | $100.00 | $10.00 |

Invoice # 7769 - 03/31/2025

| Service | KAR | 07/22/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what documents are still to file; drafted email to debtor requesting driver's license, additional GIP information, pay, tax, and to complete ccc | 0.20 | $0.00 | $0.00 |
|---------|-----|------------|---|------|------|------|
| Service | KAR | 07/23/2024 | Reviewed debtor's credit report for student loans; debtor has no student loans | 0.10 | $0.00 | $0.00 |
| Service | KAR | 07/24/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting driver's license, additional GIP information, pay, tax, and to complete ccc | 0.10 | $100.00 | $10.00 |
| Service | KAR | 08/14/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what documents are needed to file; drafted email to debtor requesting a color copy of driver's license, GIP information, bank, pay, tax, and to complete ccc - also text regarding same | 0.20 | $100.00 | $20.00 |
| Service | KAR | 08/14/2024 | Review email from debtor: Reviewed email from debtor including additional GIP information and regarding his taxes; drafted email to debtor requesting additional GIP information | 0.20 | $100.00 | $20.00 |
| Service | KAR | 08/14/2024 | Drafted email to BM regarding debtor's 2023 taxes | 0.10 | $100.00 | $10.00 |
| Service | KAR | 08/22/2024 | Contact Debtor (Text/Email): Reviewed email from BM stating that we will work on his file with his 21 and 22 taxes, but that if JAC determines we need his 23 taxes we will let him know; drafted email to debtor informing him of this | 0.10 | $100.00 | $10.00 |
| Service | KAR | 08/22/2024 | Review and organize documents provided by debtor: Reviewed and organized driver's license, additional GIP information and bank provided by debtor via email | 0.30 | $100.00 | $30.00 |
| Service | KAR | 08/22/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting pay | 0.10 | $100.00 | $10.00 |
| Service | BM | 08/27/2024 | Review and organize documents provided by debtor: July and August | 0.10 | $155.00 | $15.50 |

| | | | pay stubs | | | |
|---|---|---|---|---|---|---|
| Service | BM | 08/28/2024 | Reviewed file to determine if we have all documents needed for attorney review, 2021 tax return still needed. Sent memo to legal assistant. | 0.30 | $155.00 | $46.50 |
| Service | KAR | 08/29/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting 2021 tax return and informed him that if we could not get him taken care of as a chapter 7 then he may have to file his 2023 taxes | 0.10 | $100.00 | $10.00 |
| Service | KAR | 09/05/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what documents are needed to file; drafted email to debtor requesting additional GIP information, bank, and tax | 0.20 | $100.00 | $20.00 |
| Service | KAR | 09/16/2024 | Drafted, packaged, and mailed 1st "Contact Us" letter to debtor | 0.20 | $0.00 | $0.00 |
| Service | VM | 10/01/2024 | Incoming Call: Debtor called to speak with KAR, she asked me to take a message. Assisted debtor by informing him of documents missing. Sent email to KAR | 0.10 | $100.00 | $10.00 |
| Service | BM | 10/03/2024 | Review and organize documents provided by debtor: August and September paystubs and bank statements | 0.20 | $155.00 | $31.00 |
| Service | KAR | 10/09/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting September bank and tax | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/10/2024 | Review email from debtor: Reviewed email from debtor stating that the last time he checked his Paypal statement was not available yet | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/10/2024 | Review email from debtor: Reviewed email from debtor stating that he did not file his 2021 taxes and that he would get his 2023 taxes filed soon; drafted email to debtor informing him that the September Paypal statement was now available and that he needed to get his 2023 taxes filed ASAP | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/15/2024 | Review and organize documents provided by debtor: Reviewed and | 0.10 | $100.00 | $10.00 |

| | | | organized additional tax provided by debtor via email | | | |
|---|---|---|---|---|---|---|
| Service | KAR | 10/15/2024 | Review email from debtor: Reviewed email from debtor inquiring on whether we would be able to have a garnishment stopped now or would we have to wait until his case was filed; drafted email to debtor informing him that once his case was filed and he had a case number we would be able to get his garnishment stopped - requested that debtor email his remaining September bank | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/15/2024 | Call Debtor: Reviewed memo from BM to call debtor back; telephone conference with debtor inquiring on the garnishment and if we would be able to have it stopped; informed debtor that I had responded to his email regarding the garnishment and that once his case was filed and he had a case number we would be able to get his current garnishment stopped - again requested debtor email his remaining September bank | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/15/2024 | Review and organize documents provided by debtor: Reviewed and organized remaining September bank provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | BM | 10/16/2024 | Review of all documents (information packet, pay stubs, tax returns, bank statements, drivers license, and social security card) to ensure we have all documents for attorney to prepare case. Sent file to attorney. | 0.20 | $0.00 | $0.00 |
| Service | BM | 10/17/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from credit report, add debts in information packet not on credit report. Began preparation of Schedule A/B, Schedule I/J, SOFA, Form 122 | 0.60 | $155.00 | $93.00 |
| Service | JAC | 10/18/2024 | Input Case - review & revise draft prepared by bm. Calcualte deductions for pay. Calculate 7 & 13 options | 0.40 | $275.00 | $110.00 |
| Service | BM | 10/18/2024 | Call Debtor: Call to debtor to discuss bankruptcy options provided by the attorney. Addressed questions debtor had about the 2 different chapters. | 0.20 | $155.00 | $31.00 |

Invoice # 7769 - 03/31/2025

| | | | Also we over filing fees again with him. | | | |
|---|---|---|---|---|---|---|
| Service | VM | 10/18/2024 | Incoming Call: Debtor called to make payment, transferred to BM due to task from Jen establishing that. | 0.10 | $100.00 | $10.00 |
| Service | JC | 10/18/2024 | Contact Debtor (Text/Email): Drafted e-mail to debtor attaching creditor matrix for his review. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 10/18/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting 2 emergency contacts | 0.10 | $0.00 | $0.00 |
| Service | KAR | 10/21/2024 | Review and organize documents provided by debtor: Reviewed and organized emeregency contacts in related contacts provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/22/2024 | Review email from debtor: Reviewed email from debtor requesting a breakdown of the filing fees; drafted email to debtor to inform him that $717 is for filing then he would be responsible for paying $99 a month for 12 months after that | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/22/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting October pay | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/23/2024 | Review email from debtor: Reviewed email from debtor requesting a more detailed break down of the ch7 filing fees; drafted email to debtor informing him that I would get with GM about it and contact him with more information | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/23/2024 | Drafted email to GM requesting a detailed break down of ch7 filing fees for debtor | 0.10 | $0.00 | $0.00 |
| Service | KAR | 10/24/2024 | Reviewed email from GM providing a detailed breakdown of ch. 7 filing fees | 0.10 | $0.00 | $0.00 |
| Service | KAR | 10/24/2024 | Contact Debtor (Text/Email): Drafted email to debtor providing a detailed breakdown of the Ch. 7 filing fees | 0.10 | $0.00 | $0.00 |
| Service | KAR | 10/24/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting October pay | 0.10 | $100.00 | $10.00 |
| Service | KR | 10/25/2024 | Incoming Call: Telephone conference with debtor about using a relatives card to pay for the balance to file a | 0.10 | $155.00 | $15.50 |

| | | | chapter 7 | | | |
|---|---|---|---|---|---|---|
| Service | KAR | 10/28/2024 | Review email from debtor: Reviewed email from debtor stating that he did not believe Consumer Portfolio should be listed as he sold the vehicle back to the creditor - debtor also stated he thought one of his creditors was not listed on his list of creditors; drafted email to debtor requesting the name, address, amount owed to the creditor he believed was not listed | 0.20 | $100.00 | $20.00 |
| Service | KAR | 10/28/2024 | Contact Debtor (Text/Email): Reviewed debtor's credit report and matrix and found that the creditor that the debtor believed was not listed on his list of creditors was listed; drafted email to debtor informing him that the creditor is listed on his list of creditors | 0.20 | $100.00 | $20.00 |
| Service | KAR | 10/28/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting that he email me proof of the payoff for his vehicle has been set up in collections with Consumer Portfolio | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/28/2024 | Review and organize documents provided by debtor: Reviewed and organized October pay provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/28/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting 10/31 pay once it is available | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/28/2024 | Review email from debtor: Reviewed email from debtor requesting an update on when his signing would be scheduled; drafted email to debtor informing him that someone would reach out with him to schedule his signing and that it would not be at least until after Wednesday as the attorney's are currently out of the office. | 0.20 | $100.00 | $20.00 |
| Service | BB | 10/28/2024 | Incoming Call: Phone conference with debtor requesting to schedule his appointment to sign with the attorney. Informed the debtor once the attorney is ready we will send him a fee agreement to sign and then call to schedule his appointment. Debtor asked to speak with KAR. Transferred call to kar. | 0.10 | $0.00 | $0.00 |

Invoice # 7769 - 03/31/2025

| Service | KAR | 10/28/2024 | Incoming Call: Telephone conference with debtor regarding his list of creditors and if his case would be filed before his check got garnished again; informed debtor that if we did not have his case filed before his pay got garnished again we could work on getting him a garnishment refund for anyting taken within the 90 days before he files | 0.20 | $100.00 | $20.00 |
|---|---|---|---|---|---|---|
| Service | KAR | 10/30/2024 | Review and organize documents provided by debtor: Reviewed and organized bill of sale for Honda Civic provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/30/2024 | Drafted email to BM providing matrix changes from debtor and providing the credit report, matrix, and bill of sale for proof of payoff of a debt | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/30/2024 | Review and organize documents provided by debtor: Reviewed and organized remaining October pay provided by debtor via email; drafted email to debtor requesting October bank as soon as it is available | 0.10 | $100.00 | $10.00 |
| Service | JAC | 10/31/2024 | Review email memo re: Δ paid in full for case | 0.10 | $0.00 | $0.00 |
| Service | BM | 10/31/2024 | Drafted and emailed Ch 7 Pre Petition Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $0.00 | $0.00 |
| Service | BM | 10/31/2024 | Call Debtor: Call to debtor to schedule signing with attorney. Debtor had a few questions about how the garnishment will be stopped and how/ if we are able to retrieve any of the money that has already been garnished in the last 90 days. Addressed all questions. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 11/01/2024 | Review clio memo re: signing appointment scheduled | 0.10 | $0.00 | $0.00 |
| Service | JAC | 11/01/2024 | Prepare Signing Docs | 0.20 | $275.00 | $55.00 |
| Service | KAR | 11/01/2024 | Review email from debtor: Reviewed email from debtor requesting to add his wife to his bk since her home was foreclosed on; drafted email to debtor informing him that I would contact him when I had an answer for him | 0.10 | $100.00 | $10.00 |

| Service | KAR | 11/01/2024 | Drafted email to BM for instructions or guidelines for adding a spouse to a debtor's BK | 0.10 | $0.00 | $0.00 |
|---------|-----|------------|---|------|-------|-------|
| Service | KAR | 11/01/2024 | Reviewed email memo from BM stating that we would have to collect the CR fee as well as all other HD documents for debtor's wife to be added to the BK | 0.10 | $0.00 | $0.00 |
| Service | KAR | 11/01/2024 | Drafted email to JAC informing her of debtor's request to add his wife to his BK | 0.10 | $0.00 | $0.00 |
| Service | KAR | 11/01/2024 | Contact Debtor (Text/Email): Drafted email to debtor informing him of the requirements for adding his wife to his bk - provided debtor with a GIP for his wife to complete | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/04/2024 | Review email from debtor: Reviewed email from debtor stating that he would get his wife to work on her documents and asked if they should wait until her home is foreclosed on to file for BK; drafted email to debtor informing him that JAC stated they would not be able to file ch.7 if they intended to save the wife's home from foreclosure and that they would also need to get her information submitted quickly - requested that he provide me with the sell date of his wife's home if he has received that information | 0.20 | $100.00 | $20.00 |
| Service | CO | 11/05/2024 | Incoming Call: Phone conference with debtor regarding W's mobile home.Her parents currently live in and had been making payments, they are no longer able to keep up with the payments and want to surrender the property. Debtor and W are exploring their options and are considering selling the property first. The bank presented them with an offer that the debtor believes would not benefit them in the long run and is seeking advice. Requested, they forward the notice to KAR. Drafted email memo to KAR with this information. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/05/2024 | Review email from debtor: Reviewed email from debtor stating that they did not intended to save the mobile home from foreclosure; drafted memo email to BM informing her of this | 0.20 | $100.00 | $20.00 |

| Service | KAR | 11/05/2024 | Review email from debtor: Reviewed email from debtor's wife providing documents and information regarding the home that is being foreclosed on; drafted email to debtor's wife informing her that I would review her documents and contact her if I needed anything else | 0.10 | $100.00 | $10.00 |
|---------|-----|------------|---|------|---------|--------|
| Service | KAR | 11/06/2024 | Review email from debtor: Reviewed email from debtor requesting advice on selling the home his wife has that is about to go into foreclosure | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/06/2024 | Review and organize documents provided by debtor: Reviewed and organized driver's license, social security card, GIP, bank, and pay provided by wife via email | 0.30 | $100.00 | $30.00 |
| Service | KAR | 11/07/2024 | Contact Debtor (Text/Email): Reviewed email memo from BM stating that we could not advise debtors on legal matters and that the attorney would need time to review their updated file with the wife's documents to advise the debtors any further; drafted email to debtor informing him of this | 0.20 | $0.00 | $0.00 |
| Service | CO | 11/08/2024 | Incoming Call: Phone conference with debtor wanting to make a payment but did not know the amount. Did not find a bill or task to collect payment, reviewed emails from KAR and BM, found that he wants to add his wife to the bankruptcy and needs to pay $45 for us to pull her credit report. Told the debtor the amount and said he would call back to make a payment shortly. | 0.10 | $0.00 | $0.00 |
| Service | KAR | 11/15/2024 | Review and organize documents provided by debtor: Reviewed and organized additional GIP information and bank provided by debtor via email | 0.30 | $100.00 | $30.00 |
| Service | KAR | 11/15/2024 | Review email from debtor: Reviewed email from debtor inquiring on if we needed anything else for his file and whether he should sell his wife's property before or after filing for BK; drafted email to debtor informing him that we did not need anything else at the moment and that he was welcome to sell before filing but once the case is filed he would need court approval | 0.20 | $100.00 | $20.00 |

| | | | to sell the property | | | |
|---|---|---|---|---|---|---|
| Service | BM | 11/15/2024 | Reviewed spouse's drivers license and social security card to collect information to pull credit report | 0.10 | $155.00 | $15.50 |
| Service | BM | 11/15/2024 | Draft email to client to review credit report and provide us with a any debts not included in the report: Pulled credit report for spouse and emailed to them | 0.10 | $155.00 | $15.50 |
| Service | BM | 11/18/2024 | Reviewed file to determine if we have all documents needed for attorney review: paystubs and bank statements still needed. Sent list to legal assistant. | 0.20 | $0.00 | $0.00 |
| Service | KAR | 11/18/2024 | Review and organize documents provided by debtor: Reviewed and organized additional GIP information provided by debtor (w) via email | 0.20 | $100.00 | $20.00 |
| Service | KAR | 11/18/2024 | Contact Debtor (Text/Email): Drafted email to debtor (w) requesting additional bank | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/18/2024 | Review email from debtor: Reviewed email from debtor (h) requesting an update on his file; drafted email to debtor informing him that I would be sending his file back off for final review | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/19/2024 | Review email from debtor: Reviewed email from wife providing updated employment information; drafted email to wife requesting all pay stubs she has received from her new employer | 0.20 | $100.00 | $20.00 |
| Service | KAR | 11/19/2024 | Review and organize documents provided by debtor: Reviewed and organized additional pay provided by debtor via email | 0.10 | $0.00 | $0.00 |
| Service | KAR | 11/21/2024 | Review and organize documents provided by debtor: Reviewed and organized additional pay provided by debtor via email | 0.10 | $0.00 | $0.00 |
| Service | KAR | 11/21/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting additional pay | 0.10 | $100.00 | $10.00 |
| Service | BM | 11/21/2024 | Reviewed file to determine if we have all documents needed for attorney | 0.20 | $155.00 | $31.00 |

Invoice # 7769 - 03/31/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | review, tax returns still needed. Sent memo to legal assistant. | | | |
| Service | KAR | 11/22/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what documents were needed to file; Drafted email to the wife requesting tax and to confirm employment information | 0.20 | $100.00 | $20.00 |
| Service | KAR | 11/22/2024 | Review and organize documents provided by debtor: Reviewed and organized additional pay provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/22/2024 | Review email from debtor: Reviewed email from debtor inquiring on whether his case would be filed before the month is over; drafted email to debtor informing him that due to next week being a 3 day week, the case will likely be filed in early December | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/22/2024 | Review and organize documents provided by debtor: Reviewed and organized additional pay provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/22/2024 | Review and organize documents provided by debtor: Reviewed and organized additional pay and tax provided by debtor via email | 0.20 | $100.00 | $20.00 |
| Service | KAR | 11/25/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting additional bank | 0.10 | $0.00 | $0.00 |
| Service | KAR | 11/26/2024 | Review and organize documents provided by debtor: Reviewed and organized additional bank provided by debtor via email | 0.10 | $0.00 | $0.00 |
| Service | BM | 11/26/2024 | Review of all documents (information packet, pay stubs, tax returns, bank statements, drivers license, and social security card) to ensure we have all documents for attorney to prepare case. Sent file to attorney. | 0.20 | $155.00 | $31.00 |
| Service | KAR | 11/27/2024 | Review email from debtor: Reviewed email from debtor requesting an update on file; drafted email to both debtors informing them that their file was approved for input and that they | 0.20 | $100.00 | $20.00 |

| | | | would need to continue to send pay and November bank | | | |
|---|---|---|---|---|---|---|
| Service | KAR | 11/27/2024 | Review and organize documents provided by debtor: Reviewed and organized additional pay provided by debtor via email | 0.20 | $100.00 | $20.00 |
| Service | BM | 12/03/2024 | Input Case to add spouse - prepare petition, research social security number on PACER, review and select debts to import from credit report, add debts in information packet not on credit report. Began preparation of Schedule A/B, SOFA, Schedule I/J, Form 122. | 0.60 | $155.00 | $93.00 |
| Service | KAR | 12/05/2024 | Review email from debtor: Reviewed email from debtor stating that she was unenrolled from the debt relief program and would no longer have payments taken from her account by Betrlink | 0.10 | $100.00 | $10.00 |
| Service | BM | 12/05/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting itemized list of jewelry and Paypal statements | 0.10 | $155.00 | $15.50 |
| Service | KAR | 12/06/2024 | Review email from debtor: Reviewed email from debtor providing information regarding her jewelry and pets; drafted email to debtor requesting individual values of each item | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/06/2024 | Review and organize documents provided by debtor: Reviewed and organized additional bank and GIP information provided by debtor via email | 0.20 | $100.00 | $20.00 |
| Service | KAR | 12/06/2024 | Review and organize documents provided by debtor: Reviewed and organized remaining GIP information provided by debtor via email | 0.10 | $0.00 | $0.00 |
| Service | KAR | 12/06/2024 | Review email from debtor: Reviewed email from debtor requesting an update on his file; drafted email to debtor informing him that I am waiting on his wife's remaining November bank and requested that he send his November bank as well | 0.10 | $100.00 | $10.00 |
| Service | BM | 12/09/2024 | Input Case-finished preparation of Schedule A/B | 0.20 | $155.00 | $31.00 |

| Service | KAR | 12/10/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what was needed to file; drafted email to debtor requesting November Paypal and Venmo | 0.10 | $100.00 | $10.00 |
|---|---|---|---|---|---|---|
| Service | KAR | 12/10/2024 | Review email from debtor: Reviewed email from wife stating that she was being harrassed by a creditor and asked if there was anything we could do; informed debtor that we could not do anything until the case was filed and informed her I was waiting on her paypal and to send any additional pay she might have received | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/10/2024 | Review and organize documents provided by debtor: Reviewed and organized additional bank and pay provided by debtor via email | 0.30 | $100.00 | $30.00 |
| Service | KAR | 12/10/2024 | Review and organize documents provided by debtor: Reviewed and organized remaining November bank for husband provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/11/2024 | Review and organize documents provided by debtor: Reviewed and organized additional bank provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | JAC | 12/11/2024 | Input case - calculate plan pmt. calculate deductions for I & MT | 0.20 | $275.00 | $55.00 |
| Service | JAC | 12/11/2024 | Draft email to debtor with bankruptcy options | 0.20 | $275.00 | $55.00 |
| Service | KAR | 12/11/2024 | Contact Debtor (Text/Email): Drafted e-mail to debtor giving website and information for completing credit counseling course | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/12/2024 | Reviewed urgentco.com and wife completed her CCC; organized certificate of completion in client documents | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/12/2024 | Incoming Call: Telephone conference with debtor regarding their options for filing ch 13 jointly or the husband filing ch 7 alone, how a mortgage would factor into a chapter 13, if she could wait to file and just let the husband file by himself right now; tried to answer | 0.40 | $100.00 | $40.00 |

Invoice # 7769 - 03/31/2025

| | | | what answer what questions I could but told the debtor her best option would be to just reply to JAC regarding their options and she would be able to better answer any questions she had | | | |
|---|---|---|---|---|---|---|
| Service | JC | 12/13/2024 | Contact Debtor (Text/Email): Reviewed e-mails from debtors regarding filing separately instead of jointly; drafted reply regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/16/2024 | Reviewed e-mail memo from JAC informing debtor does not qualify for chapter 7 if files by himself as we did not know he was married; drafted e-mail to debtor informing same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/17/2024 | Reviewed e-mail from debtor inquiring how much over the limit is income for chapter 7; drafted memo to JAC inquiring same. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 12/17/2024 | review & respond to email from JC re: how far over median Δs are | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/18/2024 | Contact Debtor (Text/Email): Reviewed e-mail memo from JAC informing how much over the limit income is to qualify for chapter 7; drafted e-mail to debtor informing same. | 0.10 | $0.00 | $0.00 |
| Service | KAR | 12/18/2024 | Review email from debtor: Reviewed email from debtor inquiring on how to schedule a meeting with the attorney as he has several questions before proceeding; drafted email to debtor inquiring on what his questions were so that I could try to get them answered for him | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/19/2024 | Review email from debtor: Reviewed email from debtor providing several questions he had regarding how we determined that he and his wife would qualify for chapter 7; drafted email to debtor informing him that I would ask about his questions and I would contact him once I had more information | 0.10 | $100.00 | $10.00 |
| Service | JC | 12/23/2024 | Reviewed e-mail memo from KAR with questions submitted by debtor; drafted e-mail to debtor informing attorney out until 01/06 and clarifying one of his questions. | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 12/24/2024 | Reviewed e-mail from debtors with additional questions before filing; drafted reply informing we need them to continue to send in bank and pay since the attorney is out and their case will not be filed until January. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 12/31/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file for what is needed to file; drafted email to debtors requesting December bank and pay | 0.20 | $100.00 | $20.00 |
| Service | JC | 01/06/2025 | Drafted e-mail memo to JAC asking debtor's questions about how the house is figured in. | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/07/2025 | Contact Debtor (Text/Email): Reviewed memo from JAC informing how the house does not factor in to qualifying for chapter 7 and the fact that they make too much money for chapter 7; drafted e-mail to debtor informing same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/08/2025 | Contact Debtor (Text/Email): Drafted text message to debtor inquiring if he is ready to proceed with filing chapter 13. | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/08/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor inquiring about the breakdown of claims and fees which make up the total he will be paying through the BK and inquiring about surrendering the house; drafted reply inquiring I will ask the attorney about the breakdown; drafted e-mail memo to JAC inquiring same. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 01/08/2025 | Review and organize documents provided by debtor: Reviewed and organized additional bank and pay provided by debtor via email | 0.20 | $100.00 | $20.00 |
| Service | JAC | 01/09/2025 | review & respond to email from JC re: claims paid in case. Save claim summary from BC | 0.20 | $0.00 | $0.00 |
| Service | JC | 01/09/2025 | Contact Debtor (Text/Email): Reviewed e-mail memo from JAC with attached claim summary; drafted e-mail to debtor attaching same and explaining how surrendering mobile home works; informed him that at this | 0.10 | $155.00 | $15.50 |

| | | | point, a signing appointment would be the best to have all of his questions answered. | | | |
|---|---|---|---|---|---|---|
| Service | JC | 01/13/2025 | Call Debtor: Called debtor; he is still trying to decide; he will let us know by the end of the week; asked if he would receive a refund; I informed him I would have to check with the attorney. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 01/14/2025 | Contact Debtor (Text/Email): Drafted email to debtors requesting updated bank and pay | 0.10 | $100.00 | $10.00 |
| Service | JC | 01/15/2025 | Call Debtor: Reviewed e-mail from debtor informing he wanted to meet with the attorney first; chat memo correspondence with JAC regarding same; called debtor, left voicemail. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/15/2025 | Incoming Call: Telephone call from debtor; discussed meeting with TR for signing instead of meeting with his first and then for meeting would be more cost efficient for him; he is ready to proceed with chapter 13 and hopefully is going to file. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 01/15/2025 | Review email from debtor: Reviewed email from the wife stating that she was waiting on a bank statement to post; drafted email to debtor informing her that the statement should be available and that I need several updated documents from the husband | 0.10 | $100.00 | $10.00 |
| Service | KAR | 01/15/2025 | Review and organize documents provided by debtor: Reviewed and organized additional bank provided by debtor via email | 0.20 | $100.00 | $20.00 |
| Service | KAR | 01/16/2025 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine documents needed to file; drafted email to debtor requesting remaining December documents; also text regarding the same | 0.20 | $100.00 | $20.00 |
| Service | KAR | 01/16/2025 | Review and organize documents provided by debtor: Reviewed and organized additional bank provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 01/16/2025 | Review and organize documents | 0.20 | $100.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | provided by debtor: Reviewed and organized remaining December bank and pay provided by debtor via email | | | |
| Service | JAC | 01/17/2025 | Review email from KAR re: all december docs in clio | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/22/2025 | Input Case - update MT & I for jan signing | 0.10 | $275.00 | $27.50 |
| Service | BB | 01/22/2025 | Contact Debtor (Text/Email): Drafted chapter 13 fee agreement and emailed to debtor for e-signature. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/22/2025 | Contact Debtor (Text/Email): Drafted text to debtor informing him of the fee agreement emails and stated once they are signed we can schedule them with the attorney. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/23/2025 | Call Debtor: Phone conference with debtor inquiring if he received my previous email and text. Debtor stated he did and has no questions. Requested the debtors sign the documents so we can get them on the calendar. | 0.10 | $100.00 | $10.00 |
| Service | BM | 01/24/2025 | Call Debtor: Call to debtor to schedule signing with attorney | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/27/2025 | Prepare Signing DOcs | 0.20 | $275.00 | $55.00 |
| Service | JAC | 01/28/2025 | Updates schedules based on signing appt notes, prepare & send final bk to Δs to review & sign | 0.20 | $0.00 | $0.00 |
| Service | TR | 01/28/2025 | Conference w/ client to review and revise petition, schedules, statements and plan- discuss Δ's duties while in bankruptcy | 0.50 | $275.00 | $137.50 |
| Service | KAR | 01/29/2025 | Contact Debtor (Text/Email): Drafted email to debtors explaining they need to review and sign the document emailed to them by JAC via the email address noreply@mail.hellosign.com and that they need to do this as soon as possible ; also text | 0.20 | $100.00 | $20.00 |
| Service | KAR | 01/29/2025 | Review and organize documents provided by debtor: Reviewed and organized additional pay provided by debtor via email; drafted email to debtor requesting pay for 1/23 | 0.10 | $100.00 | $10.00 |
| Service | KAR | 01/29/2025 | Contact Debtor (Text/Email): Drafted text to debtors inquiring on whether | 0.10 | $0.00 | $0.00 |

| | | | they reviewed and signed the final BK | | | |
|---------|-----|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|--------|
| Service | KAR | 01/29/2025 | Contact Debtor (Text/Email): Reviewed text from debtor stating that he had not signed the document and asked what would happen if they waited until February to sign; drafted email to debtor informing him that I would need to get all new updated documents for January for bank and pay before their case could be filed | 0.10 | $100.00 | $10.00 |
| Service | KAR | 01/29/2025 | Contact Debtor (Text/Email): Drafted text to debtors inquiring on whether they signed the final BK | 0.10 | $100.00 | $10.00 |
| Service | KAR | 01/29/2025 | Contact Debtor (Text/Email): Reviewed text from debtor stating that they had not signed the final bk and what would happen if they waited until February; drafted text to debtor informing them we would need all new updated documents for the month | 0.10 | $100.00 | $10.00 |
| Service | KAR | 01/30/2025 | Review and organize documents provided by debtor: Reviewed and organized remaining January pay for husband provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 01/30/2025 | Reviewed chat memo from JAC stating to contact TR regarding debtor's inquiry on waiting until February to sign final bk; drafted email to TR requesting further guidance for handling the debtor's inquiry | 0.20 | $100.00 | $20.00 |
| Service | CO  | 01/30/2025 | Incoming Call: Phone conference with debtor regarding their options surrounding saving a home in the debtor's name and including it in their bankruptcy. The debtor stated a friend contacted them and offered to pay their past due amount and move the home to the coast so the debtor's could reside in it. The debtor stated her husband was negotiating with the mortgage company to pause the repossession of the home. Drafted email memo to BM and KAR. | 0.20 | $100.00 | $20.00 |
| Service | CO  | 01/30/2025 | Call Debtor: Phone conference with debtor regarding the course of action if their mobile home were repossessed. Corrected my communication with the client and | 0.10 | $100.00 | $10.00 |

|  |  |  | advised that if the mobile home was collected by the creditor, we would not be able to recover it for them. |  |  |  |
|---|---|---|---|---|---|---|
| Service | KAR | 01/31/2025 | Reviewed email from CO stating that debtor's have a friend who is offering to pay their mortgage arrears and requested that we contact them about their options in this case | 0.10 | $100.00 | $10.00 |
| Service | KAR | 01/31/2025 | Reviewed email from BM stating that she would contact JAC regarding debtor's request for updated options if their past due mortgage is caught up | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/31/2025 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $275.00 | $110.00 |
| Service | KAR | 01/31/2025 | Contact Debtor (Text/Email): Drafted text message to debtor providing case number. | 0.10 | $0.00 | $0.00 |
| Service | KAR | 01/31/2025 | Drafted stop garnishment and refund garnishment letters; Drafted email to VM providing letters to have printed, signed by TR, and mailed to creditor, creditor attorney, and debtor's employer | 0.30 | $100.00 | $30.00 |
| Service | KAR | 02/03/2025 | Contact Debtor (Text/Email): Reviewed Plan; drafted bankruptcy plan payments and other information letter (Yellow Page); drafted e-mail to debtor attaching same. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/03/2025 | Reviewed plan - debtor has a wage order; assigned wage order tasks list | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/06/2025 | Review: 25-50136-KMS Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $275.00 | $55.00 |
| Service | JAC | 02/06/2025 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4 | 0.20 | $275.00 | $55.00 |
| Service | JC | 02/06/2025 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com. | 0.10 | $0.00 | $0.00 |
| Service | KAR | 02/06/2025 | Contact Debtor (Text/Email): Drafted email to debtor informing them of the date and time of their 341 - informed debtors that they have the option to attend in the office or on their own via | 0.10 | $100.00 | $10.00 |

| | | | Zoom | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 02/06/2025 | Review: 25-50136-KMS Order Upon Employer Directing Deductions from Pay Document# 11 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 02/06/2025 | Review: 25-50136-KMS Order Upon Employer Directing Deductions from Pay Document# 12 | 0.10 | $0.00 | $0.00 |
| Service | KAR | 02/06/2025 | Review email from debtor: Reviewed email from debtor regarding his 341 and requesting payment information for his trustee; drafted email to debtor again inquiring on whether they would prefer to attend their 341 in the office or on their own - provided debtor with TFS information the mailing address for his trustee | 0.20 | $100.00 | $20.00 |
| Service | JC | 02/07/2025 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 02/07/2025 | Reviewed and organized wage orders retrieved from BC; drafted email to debtors providing copies of both wage orders | 0.20 | $100.00 | $20.00 |
| Service | BM | 02/07/2025 | Review: Proof of Claim 25-50136-KMS Discover Bank Document # 1 | 0.10 | $0.00 | $0.00 |
| Service | KAR | 02/10/2025 | Incoming Call: Telephone conference with debtor's employer regarding debtor's wage order; employer asked if his bk wage order should be started since his previous garnishment was still active; informed employer that the stop garnishment letter was sent to the creditor that was garnishing the debtor and the garnishment should stop soon but that she should go ahead and start the bk wage order if she felt the debtor would not make the bk payments on his own. | 0.20 | $100.00 | $20.00 |
| Service | KAR | 02/11/2025 | Review email from debtor: Reviewed email from debtor's employer requesting date stop garnishment was mailed for her records so that she could go ahead and remove the old garnishment from his wages; drafted email to debtor's employer providing date letter was sent and a copy of the letter | 0.10 | $100.00 | $10.00 |

| Service | KAR | 02/13/2025 | Review email from debtor: Reviewed email from debtor inquiring on if he would need to make his car payment this month and if he could complete the 2nd CCC with his wife or did they have to complete it by themselves; drafted email to debtor informing him that he did not need to make his car payment as the trustee would be making those payments during the term of his BK and that he and his wife could do the 2nd CCC together | 0.20 | $100.00 | $20.00 |
|---|---|---|---|---|---|---|
| Service | KAR | 02/13/2025 | Contact Debtor (Text/Email): Drafted email to debtor requesting clarification on whether he and his wife intended to attend the 341 at the Gulfport office or if they were capable of doing the Zoom call on their own | 0.10 | $0.00 | $0.00 |
| Service | KAR | 02/13/2025 | Review and organize documents provided by debtor: Reviewed and organized additional pay provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/13/2025 | Contact Debtor (Text/Email): Drafted email to debtor requesting 2/6 pay | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/13/2025 | Review email from debtor: Reviewed email from debtor stating that they would attend the Zoom on their own; drafted email to debtor inquiring on if they would need a practice Zoom call before the 341 | 0.10 | $100.00 | $10.00 |
| Service | BM | 02/14/2025 | Review: Proof of Claim 25-50136-KMS LVNV Funding LLC Document # 2 | 0.10 | $155.00 | $15.50 |
| Service | KAR | 02/24/2025 | Reviewed Meeting of Creditors to determine debtor's trustee; reviewed Schedule B for all bank accounts; reviewed and organized documents required by trustee for meeting of creditors including bank statements, tax returns, pay advice, and copy of driver's license and Social Security card | 0.50 | $100.00 | $50.00 |
| Service | KAR | 02/24/2025 | Reviewed file to determine documents needed to file; drafted email to debtors requesting additional bank, pay, and tax - also text | 0.30 | $100.00 | $30.00 |
| Service | KAR | 02/25/2025 | Contact Debtor (Text/Email): Drafted text to wife informing her that I received her documents and | 0.10 | $100.00 | $10.00 |

| | | | requested that she inform her husband that I need his documents as soon as possible | | | |
|---|---|---|---|---|---|---|
| Service | KAR | 02/25/2025 | Contact Debtor (Text/Email): Reviewed text message from wife stating that her husband was in the process of submitting his documents - debtor stated that they were unaware of one of the bank accounts that I requested bank statements for; drafted text to debtor informing her that the bank account was listed on their schedule b and that I would email their schedule b to them; drafted email to debtors providing schedule b | 0.20 | $100.00 | $20.00 |
| Service | KAR | 02/25/2025 | Reviewed additional bank and pay submitted by debtor via e-mail; merged with existing documents; drafted letter to trustee sending bank, pay, and tax; prepared all documents and envelope for mailing; packaged documents and signed letter; drafted email to trustee attaching photo ID and SS card | 0.40 | $100.00 | $40.00 |
| Service | KAR | 02/25/2025 | Contact Debtor (Text/Email): Reviewed letter from Nissan Motor Acceptance requesting mileage and insurance for debtor's vehicle; drafted text to debtor requesting current mileage and the declaration page of the insurance policy for the 2022 Nissan Sentra | 0.20 | $100.00 | $20.00 |
| Service | JC | 02/25/2025 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court. | 0.10 | $0.00 | $0.00 |
| Service | BM | 02/27/2025 | Review: Proof of Claim 25-50136-KMS JPMorgan Chase Bank, N.A. Document # 3 | 0.10 | $155.00 | $15.50 |
| Service | VM | 03/03/2025 | Conducted practice zoom meeting with debtors in preparation for their meeting of creditors. Answered questions debtors had. | 0.20 | $0.00 | $0.00 |
| Service | VM | 03/03/2025 | Review email from debtor: Updated wife paystubs that were sent by debtor. | 0.30 | $100.00 | $30.00 |
| Service | JAC | 03/05/2025 | Review: Proof of Claim 25-50136-KMS American Express National Bank, AENB Document # 4 | 0.10 | $275.00 | $27.50 |

| Service | JAC | 03/05/2025 | Review: Proof of Claim 25-50136-KMS Bank of America, N.A. Document # 5 | 0.10 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| Service | VM | 03/09/2025 | Review email from debtor: Reviewed email from debtors requesting MOC court order so that she can show her employer for missing the day. Drafted email to debtor with document as well as TFS instructions and mailing address. | 0.10 | $100.00 | $10.00 |
| Service | BM | 03/11/2025 | Review: Proof of Claim 25-50136-KMS American Express National Bank Document # 6 | 0.10 | $0.00 | $0.00 |
| Service | BM | 03/11/2025 | Review: Proof of Claim 25-50136-KMS American Express National Bank Document # 7 | 0.10 | $155.00 | $15.50 |
| Service | BB | 03/13/2025 | Contact Debtor (Text/Email): Reviewed best case for debtors Trustee for the link for their meeting of creditors. Drafted courtesy reminder text with the meeting information for their meeting of creditors zoom for tomorrow. | 0.10 | $100.00 | $10.00 |
| Service | TR | 03/14/2025 | Ch 13 Meeting of Creditors Warren A. Cuntz T1 Jr. | 0.50 | $275.00 | $137.50 |
| Service | BM | 03/24/2025 | Review: Proof of Claim 25-50136-KMS LVNV Funding LLC Document # 8 | 0.10 | $0.00 | $0.00 |
| Service | TR | 03/27/2025 | Review and revise itemizations | 0.20 | $275.00 | $55.00 |
| Service | JC | 03/28/2025 | Began drafting 1st Application for Compensation; created draft invoice and gathered information to obtain cost of mailing estimate. | 0.30 | $155.00 | $46.50 |
| Service | JC | 03/28/2025 | Drafted 1st Invoice for services rendered. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/28/2025 | Reviewed current invoice and completed drafting 2nd Application for Compensation; drafted Notice, Affidavit, and proposed Order. | 0.20 | $155.00 | $31.00 |
| Service | JC | 03/28/2025 | Drafted memo to TR attaching Application for Compensation, Exhibit A and proposed Order for his review. Drafted e-mail memo to SA attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $155.00 | $15.50 |

| | | | **Services Subtotal** | | | **$3,595.00** |
|---|---|---|---|---|---|---|

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Expense | 02/06/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $16.80 | $16.80 |
| Expense | 02/25/2025 | Postage for mailing trustee documents for meeting of creditors | 1.00 | $4.01 | $4.01 |
| Expense | 03/28/2025 | Mailing Expense - Fee Application: Mailing Expense - Fee Application Estimate | 1.00 | $31.50 | $31.50 |
| | | | | **Expenses Subtotal** | **$52.31** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|-------------|----------|----------|------|-------|
| | Jennifer Curry Calvillo | Attorney | 2.3 | $275.00 | $632.50 |
| | Jennifer Curry Calvillo | Attorney | 1.0 | $0.00 | $0.00 |
| | Thomas Rollins | Attorney | 1.2 | $275.00 | $330.00 |
| | Brooke Brueland | Non-Attorney | 1.0 | $100.00 | $100.00 |
| | Brooke Brueland | Non-Attorney | 0.1 | $0.00 | $0.00 |
| | Jacki Curry | Non-Attorney | 1.9 | $155.00 | $294.50 |
| | Jacki Curry | Non-Attorney | 0.6 | $0.00 | $0.00 |
| | Vanessa Martinez | Non-Attorney | 0.6 | $100.00 | $60.00 |
| | Vanessa Martinez | Non-Attorney | 0.2 | $0.00 | $0.00 |
| | Breanne McDaniel | Non-Attorney | 3.5 | $155.00 | $542.50 |
| | Breanne McDaniel | Non-Attorney | 0.5 | $100.00 | $50.00 |
| | Breanne McDaniel | Non-Attorney | 0.8 | $0.00 | $0.00 |
| | Clara Ortega | Non-Attorney | 0.4 | $100.00 | $40.00 |
| | Clara Ortega | Non-Attorney | 0.1 | $0.00 | $0.00 |
| | Kirsten Raimey | Non-Attorney | 15.3 | $100.00 | $1,530.00 |
| | Kirsten Raimey | Non-Attorney | 2.3 | $0.00 | $0.00 |
| | Kerri Rodabough | Non-Attorney | 0.1 | $155.00 | $15.50 |
| | | | | **Subtotal** | **$3,647.31** |
| | | | | **Total** | **$3,647.31** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7769 | 04/30/2025 | $3,647.31 | $0.00 | $3,647.31 |
| | | | **Outstanding Balance** | **$3,647.31** |
| | | | **Total Amount Outstanding** | **$3,647.31** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:   Derek Austin Murphy                    Case No. 25-50136-KMS
         Tiffany Renee Murphy, Debtors                        CHAPTER 13**

**AFFIDAVIT**

I, Thomas C. Rollins, Jr., being first duly sworn, depose and state as follows:

1. I am an attorney licensed to practice law in the State of Mississippi and am one of the attorneys representing the debtors in the Chapter 13 case referenced in the attached Application.

2. I have personal knowledge of the matters stated herein and am competent to testify to them.

3. Attached to the Application as Exhibits "A" and/or "B" is a detailed statement of fees and expenses incurred in connection with my representation of the debtors in this matter.

4. I hereby swear and affirm that the statements, fees, and expenses listed in Exhibits "A" and/or "B" are true, accurate, and represent a reasonable accounting of the work performed, as well as any costs incurred on behalf of the debtors.

5. The fees and expenses detailed in Exhibits "A" and/or "B" are in accordance with customary rates for similar services and are fair, reasonable, and necessary under the circumstances of this Chapter 13 case.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
**Thomas C. Rollins, Jr.**

        **SUBSCRIBED AND SWORN TO BEFORE ME,** this _____ day of _____, 20_____, by Thomas C. Rollins, Jr.

_____
**Notary Public**

**My Commission Expires _____**

Exhibit "C"