## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Derek Austin Murphy**                    **Case No. 25-50136-KMS**
         **Tiffany Renee Murphy, Debtors**              **CHAPTER 13**

### AFFIDAVIT

I, Thomas C. Rollins, Jr., being first duly sworn, depose and state as follows:

1. I am an attorney licensed to practice law in the State of Mississippi and am one of the attorneys representing the debtor in the Chapter 13 case referenced in the attached Application.

2. I have personal knowledge of the matters stated herein and am competent to testify to them.

3. Attached to the Application as Exhibit "A" and/or "B" is a detailed statement of fees and expenses incurred in connection with my representation of the debtor in this matter.

4. I hereby swear and affirm that the statements, fees, and expenses listed in Exhibit "A" and/or "B" are true, accurate, and represent a reasonable accounting of the work performed, as well as any costs incurred on behalf of the debtor.

5. The fees and expenses detailed in Exhibit "A" and/or "B" are in accordance with customary rates for similar services and are fair, reasonable, and necessary under the circumstances of this Chapter 13 case.

FURTHER, AFFIANT SAYETH NAUGHT.


**Thomas C. Rollins, Jr.**


**SUBSCRIBED AND SWORN TO BEFORE ME,** this _8th_ day of _August_ , 20 _25_ , by

Thomas C. Rollins, Jr.


**Notary Public**


**My Commission Expires** _____

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID# 494098
SHATON ANDREWS
Commission Expires
Jan. 7, 2029
RANKIN COUNTY

                    Exhibit "C"