United States Bankruptcy Court
Southern District of Mississippi

In re:                                                       Case No. 25-50136-KMS
Derek Austin Murphy                          Chapter 7
Tiffany Renee Murphy
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                                 User: mssbad                                        Page 1 of 3
Date Rcvd: Sep 12, 2025                         Form ID: ntcabuse                            Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol           Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Derek Austin Murphy, Tiffany Renee Murphy, 13485 Warren Dr, Gulfport, MS 39503-4529 |
| 5469522 | | Genesis Bank, 202 Main St, Benoit, MS 38725 |
| 5469527 | + | SMCS, Attn: Banruptcy, 5001 Park St, Moss Point, MS 39563-2733 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Sep 12 2025 19:34:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5473055 | + | Email/Text: bkfilings@zwickerpc.com | Sep 12 2025 19:34:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5483337 | | Email/PDF: bncnotices@becket-lee.com | Sep 12 2025 19:39:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5480253 | + | Email/Text: bkfilings@zwickerpc.com | Sep 12 2025 19:34:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5469516 | + | Email/PDF: bncnotices@becket-lee.com | Sep 12 2025 19:39:11 | Amex, Po Box 981540, El Paso, TX 79998-1540 |
| 5469517 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 12 2025 19:33:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5480522 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 12 2025 19:33:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5469518 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2025 19:39:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5469519 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 12 2025 19:39:17 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5469520 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 12 2025 19:39:12 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5471886 | | Email/Text: mrdiscen@discover.com | Sep 12 2025 19:33:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5469521 | + | Email/Text: mrdiscen@discover.com | Sep 12 2025 19:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5477889 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 12 2025 19:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5469523 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 12 2025 19:39:06 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2025 | Form ID: ntcabuse | Total Noticed: 23 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | Monroe, LA 71203-4774 |
| 5474546 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2025 19:39:08 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5469524 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2025 19:39:12 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5469525 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 12 2025 19:33:00 | Nissan Motor Acceptanc, PO Box 78132, Phoenix, AZ 85062-8132 |
| 5489271 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 12 2025 19:33:00 | Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5469526 | + | Email/Text: bankruptcy@pmscollects.com | Sep 12 2025 19:34:00 | Progressive Management, 1521 W Cameron Ave, West Covina, CA 91790-2738 |
| 5495077 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2025 19:39:11 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5483339 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2025           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| George Adam Sanford | trustee@mcraneymcraney.com  MS18@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Derek Austin Murphy trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Tiffany Renee Murphy trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6　　　　　　　　　　　　User: mssbad　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Sep 12, 2025　　　　　　　　　Form ID: ntcabuse　　　　　　　　　Total Noticed: 23

TOTAL: 4

Form ntcabuse

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

Case No.: 25−50136−KMS
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)

| | |
|---|---|
| Derek Austin Murphy<br>13485 Warren Dr<br>Gulfport, MS 39503 | Tiffany Renee Murphy<br>fka Tiffany Renee Wright<br>13485 Warren Dr<br>Gulfport, MS 39503 |

Social Security / Individual Taxpayer ID No.:
  xxx−xx−2045                                          xxx−xx−1225

Employer Tax ID No. / Other nos.:

## STATEMENT OF PRESUMED ABUSE

As required by 11 U.S.C. Sec. 704(b)(1)(A), the United States Trustee has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. Sec. 707(b)(2)(A), and, pursuant to 11 U.S.C. Sec. 704(b)(2), the United States Trustee has determined that:(1) the debtor's(s') case should be presumed to be an abuse under section 707(b); and (2) the product of the debtor's current monthly income, multiplied by 12, is not less than the requirements specified in section 704(b)(2)(A) or (B). As required by 11 U.S.C. Sec. 704(b)(2) the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under section 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate.Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Sec. 707(b)(2)(B). Filed by U.S. Trustee United States Trustee. (United States Trustee)

Dated: 9/12/25

> Danny L. Miller, Clerk
> United States Bankruptcy Court
> Dan M. Russell, Jr. U.S. Courthouse
> 2012 15th Street, Suite 244
> Gulfport, MS 39501
>
> 228−563−1790