

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 12, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| | |
|---|---|
| **DEREK AUSTIN MURPHY** | **CASE NO. 25-50136 KMS** |
| **TIFFANY RENEE MURPHY** | |
| **DEBTORS.** | **CHAPTER 7** |

Thomas Carl Rollins, Jr., Esq.
Derek Austin Murphy, Debtor
Tiffany Renee Murphy, Joint Debtor

## ORDER SETTING SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on December 4, 2025, at 9:00 a.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to show cause why the case should not be closed without entry of discharge for failure to comply with the court's Notice (Dkt. #23) issued on April 28, 2025, to file the Certificate of Completion of a Personal Financial Management Course, in the above-styled case.

## END OF ORDER ##