Certificate Number: 17082-MSS-DE-040313402

Bankruptcy Case Number: 25-50136



17082-MSS-DE-040313402

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 14, 2025, at 1:46 o'clock PM MST, TIFFANY MURPHY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  November 14, 2025                By:    /s/Orsolya K Lazar

                                        Name:  Orsolya K Lazar

                                        Title: Executive Director