

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 17, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**
    **DEREK AUSTIN MURPHY**                  **CASE NO. 25-50136 KMS**
    **TIFFANY RENEE MURPHY,**

                                                      **CHAPTER 7**

    **DEBTOR(S).**

## ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #55) entered on November 12, 2025, to show cause why the case should not be closed without entry of discharge for failure to comply with the court's Notice (Dkt. #23) in the above-styled case. The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##